# Court of Appeals
# of the State of Georgia

ATLANTA, June 11, 2025

*The Court of Appeals hereby passes the following order:*

**A25D0410. ALLEN HENDRIC ROBINSON v. THE STATE.**

In 2013, Allen Hendric Robinson was convicted of various crimes, including rape, false imprisonment, and aggravated assault. This Court affirmed his conviction in an unpublished opinion. See *Robinson v. State*, Case No. A17A1347 (May 10, 2017). Robinson filed an extraordinary motion for new trial, arguing that the DNA which was collected in his case was not tested properly. The trial court denied Robinson's motion on April 14, 2025. Robinson filed a discretionary application challenging the trial court's order. We, however, lack jurisdiction.

Pretermitting the issue of whether the application was timely,[1] Robinson's application is barred because the issues he raises have or could have been litigated in his prior appeal. See *Ross v. State*, 310 Ga. App. 326, 327 (713 SE2d 438) (2011) ("[A]ny issue that was raised and resolved in an earlier appeal is the law of the case and is binding on this Court . . . .") (citation and punctuation omitted). Our decision, which specifically discussed the DNA evidence, is the law of the case; Robinson is not entitled to relitigate this issue. See *Echols v. State*, 243 Ga. App. 775, 776 (534 SE2d 464) (2000) ("It is axiomatic that the same issue cannot be relitigated ad infinitum. The same is true of appeals of the same issue on the same grounds") (punctuation omitted); *Jackson v. State*, 273 Ga. 320, 320 (540 SE2d 612) (2001) (a party "is not

---

[1] Though Robinson's certificate of service is dated May 14, 2025, his application is postmarked May 15. See Court of Appeals Rule 4 (c).

entitled to another bite at the apple by way of a second appeal").

Accordingly, this application is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,___06/11/2025_____

      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.